

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER DENYING MOTION FOR REHEARING

Appellate case name:        German Gutierrez v. The State of Texas

Appellate case number:    01-18-00624-CR

Trial court case number:    1557751

Trial court:                        184th District Court of Harris County

Date motion filed:            January 28, 2020

Party filing motion:          German Gutierrez

      It is ordered that the motion for rehearing is **DENIED.**

Judge's signature: /s/ __Justice Peter Kelly_____
               ☐ Acting Individually ☒ Acting for the Court

Panel consists of: Justices Kelly, Hightower, and Countiss

Date: _March 10, 2020_